United States District Court
Southern District of Texas
ENTERED
May 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JONATHAN SANCHEZ LIMONES, Petitioner, | § | CIVIL ACTION NUMBER 4:26-cv-03696 |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| RANDY TATE, *et al*, Respondents. | § | |

**ORDER ON DISMISSAL**

Pending is a petition for writ of *habeas corpus* by Petitioner Jonathan Sanchez Limones. Dkt 1.

The Government filed a motion for summary judgment indicating that Petitioner is detained pursuant to 8 USC §1226(a) and is thus eligible for a custody redetermination hearing in immigration court. Dkt 5. Petitioner then filed a notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, indicating his intent to seek such hearing. Dkt 6.

This action is DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that the Clerk will email this Order to USATXS.CivilNotice@usdoj.gov to provide notice of this action to Respondents.

SO ORDERED.

Signed on May 21, 2026, at Houston, Texas.

CREskridge

Honorable Charles Eskridge
United States District Judge